IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               CASE NO. 1:03-cr-00010-MP

WILLIAM ARTHUR JOHNSON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 47, a motion to continue the revocation of supervised release hearing currently set for January 21, 2010. The motion, to which both sides consent, is granted. The hearing is reset for 10:30 a.m. on Thursday, April 1, 2010.

**DONE AND ORDERED** this _20th_ day of January, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge